Edward Lavon MELOT, Plaintiff in Error,

v.

The STATE of Oklahoma, Defendant in Error.

No. A–13815.

Court of Criminal Appeals of Oklahoma.

Oct. 5, 1966.

Malcolm Baucum, Oklahoma City, for plaintiff in error at trial, and in perfection of appeal.

Judd Black, Oklahoma City, for plaintiff in error in presentation of oral argument and completion of appeal.

Charles Nesbitt, Atty. Gen., Rex Thompson, Asst. Atty. Gen., for defendant in error.

**286**

NIX, Judge.

Plaintiff in Error, Edward Lavon Melot, has perfected his appeal to this Court, and is the companion case of Wardell Ray Hawkins, No. A–13,813, opinion handed down this day, and will be cited as Hawkins v. State, Okl.Cr.App., 419 P.2d 281.

We will not repeat the facts of the case, nor the principles of law applied, as they are identical with the companion case, cited above.

It is the order of this Court that this cause be reversed and remanded back to the trial court for a new trial in accordance with the instructions in the Hawkins case.

BUSSEY, P. J., and BRETT, J., concur.